IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENYATTA MITCHELL,

    Plaintiff,

v.

ZACHARY BURDETTE; JACOB SCHROYER; U.S. MARSHAL SOUTHEASTERN FUGITIVE TASK FORCE; and CHATHAM COUNTY SHERIFF DEPARTMENT,

    Defendants.

CIVIL ACTION NO.: 4:20-cv-47

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 13, 2021, Report and Recommendation, (doc. 4), to which Plaintiff has not filed an objection. Plaintiff has failed to comply with the Court's Order to complete and submit the forms necessary to proceed *in forma pauperis* or to remit the filing fee. Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA